UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTOPHER L. COOK,

Plaintiffs,

vs.

GAMMA ENTERPRISES LLC, ET AL.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 06-07742-MMM(RCx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: March 21, 2008

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE